UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

**Jerry Rodriguez**, on behalf of himself and others similarly situated,

    Plaintiff,

v.

**Remy Coeytaux**,

    Defendant.

Case No. 3:25-cv-225

## CERTIFICATE OF INTERESTED PARTIES

On behalf of plaintiff Jerry Rodriguez, and in accordance with this Court's order of July 22, 2025 (ECF No. 4), I certify that there are no persons or entities that are financially interested in this litigation apart from: (1) Mr. Rodriguez; (2) the individual attorneys and law firms representing Mr. Rodriguez; (3) Defendant Remy Coeytaux; and (4) Remy Coeytaux MD PC. None of these entities are publicly traded corporations.

Respectfully submitted.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: July 24, 2025

*Counsel for Plaintiff and Proposed Class*