United States District Court
Southern District of Texas

**ENTERED**
August 14, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | | Case Number | 3:25-cv-00225 |
|---|---|---|---|---|

Jerry Rodriguez, on behalf of himself and others similarly situated

*versus*

Remy Coeytaux

| | |
|---|---|
| Lawyer's Name | Marc Andrew Hearron |
| Firm | Center for Reproductive Rights |
| Street | 199 Water St 22nd Fl |
| City & Zip Code | New York, NY 10038 |
| Telephone & Email | MHearron@reprorights.org |
| Licensed: State & Number | Texas (State) 24050739; New York (State) 6029771 |
| Federal Bar & Number | D.C. (U.S. District Court) 983113 |

| Name of party applicant seeks to appear for: | Dr. Remy Coeytaux |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 08/13/2025 | Signed: *Marc A Hearron* |
|---|---|

| The state bar reports that the applicant's status is:  Clear |
|---|
| Dated: August 14, 2025 | Clerk's signature  G. Cardenas |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: __August 14, 2025__

*Jeff Brown*

United States District Judge