United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:25-cv-225 |
| REMY COEYTAUX, | § § § | |
| Defendant. | § | |

## **ORDER**

Before the court is the parties' joint motion to stay the defendant's deadline to answer the plaintiff's complaint. Dkt. 13. The motion is granted. The defendant's answer or motion to dismiss will now be due thirty days after the plaintiff files his amended complaint.

Signed on Galveston Island this 30th day of September, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE