IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ | § § § | |
| Plaintiff, | § § | C.A. NO. 3:25-cv-00225 |
| v. | § § | |
| REMY COEYTAUX | § § | |
| Defendant. | § § | |

### DEFENDANT'S RULE 7.1(a) CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order, ECF No. 4, and Federal Rule of Civil Procedure 7.1(a), Defendant Dr. Remy Coeytaux hereby states that he is a citizen of California and that there are no other persons or entities that are financially interested in this litigation.

Dated: February 6, 2026

Respectfully submitted,

*/s/ Christopher M. Odell*
Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
Texas State Bar No. 24037205
S.D. Tex. Bar No. 33677
christopher.odell@arnoldporter.com
Leah Schultz
Texas State Bar No. 24126910
S.D. Tex. Bar No. 3737066
leah.schultz@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
P: (713) 576-2400

F: (713) 576-2499

Marc Hearron
**Center for Reproductive Rights**
Texas State Bar No. 2450739
Admitted *Pro Hac Vice*
MHearron@reprorights.org
199 Water St. 22nd Floor
New York, NY 10038
P: (917) 637-3600
F: (917) 637-3666

Jenna Hudson
**Center for Reproductive Rights**
District of Columbia State Bar No. 1002396
Admitted *Pro Hac Vice*
jhudson@reprorights.org
1600 K Street NW
Washington, DC 20002
P: (202) 628-0286

**COUNSEL FOR REMY COEYTAUX**