UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Jerry Rodriguez

v.  Case Number: 3:25–cv–00225

Remy Coeytaux

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 4/8/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

RE: Notice of Setting/Resetting FORM – CV – #15

Date:   February 6, 2026                                              Nathan Ochsner, Clerk