UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **Jerry Rodriguez**, <br><br> Plaintiff, <br><br> v. <br><br> **Remy Coeytaux**, <br><br> Defendant. | Case No. 3:25-cv-225 |

## FINAL JUDGMENT UNDER RULE 54(b)

The Court enters final judgment under Fed. R. Civ. P. 54(b) with respect to Mr. Rodriguez's claim seeking an antisuit injunction under section 171A.151(c) of the Texas Health and Safety Code. The Court enters judgment on this claim in favor of plaintiff Jerry Rodriguez and against defendant Remy Coeytaux and awards relief to Mr. Rodriguez as follows:

Defendant Remy Coeytaux, along with every person in privity or in active concert or participation with him, is permanently ENJOINED from engaging in litigation against Mr. Rodriguez, a person in privity with Mr. Rodriguez, or any person providing legal representation or any type of assistance to Mr. Rodriguez, under the provisions of California law codified at sections 1798.300–1798.308 of the California Civil Code, or any other clawback provision described in section 171A.151(a) of the Texas Health and Safety Code.

This is a final decision appealable under 28 U.S.C. § 1291.

So ordered.

Signed on _____, at Galveston, Texas.

_____
Hon. Jeffery V. Brown
United States District Judge