United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-225 |
| | § | |
| REMY COEYTAUX, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is the parties' joint motion for entry of an agreed briefing schedule. Dkt. 27. The motion is **GRANTED**.

The defendant is permitted ten additional pages in response to the plaintiff's motion for preliminary injunction. Additionally, the court hereby imposes the following deadlines:

**(1)** The defendant's motion to dismiss, response to the plaintiff's motion for preliminary injunction, and response to the plaintiff's motion for Rule 54(b) partial final judgement are due **April 16, 2026**.

**(2)** The plaintiff's response to the defendant's motion to dismiss, reply in support of his motion for preliminary injunction, and reply in

support of his motion for Rule 54(b) partial final judgement are due **May 15, 2026**.

**(3)** The defendant's reply in support of his motion to dismiss is due **May 29, 2026**.

Signed on Galveston Island this 26th day of February, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE