UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **Jerry Rodriguez**, <br><br> Plaintiff, <br><br> v. <br><br> **Remy Coeytaux**, <br><br> Defendant. | Case No. 3:25-cv-225 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Jerry Rodriguez's reply brief in support of his motion for preliminary injunction, as well as his reply brief in support of his motion for entry of partial final judgment under Rule 54(b), is due today. Mr. Rodriguez will file his reply brief in support of the Rule 54(b) motion later tonight. But he respectfully requests a 7-day extension on his deadline to file the reply brief in support of his motion for preliminary injunction.

Mr. Rodriguez is making this request because defendant Coeytaux's brief opposing his motion for preliminary injunction is 34 pages long and involves novel issues and arguments surrounding the enforceability of California's clawback law. It also incorporates by reference arguments from defendant Coeytaux's 39-page motion to dismiss. Mr. Mitchell has been consumed the last two weeks preparing his reply brief in support of the Rule 54(b) motion, which has taken longer than expected. Finally, Mr. Mitchell also works as a solo practitioner and has been unable to

recruit co-counsel to join him in this case given the threat of liability for treble damages imposed by California's shield law. For all of these reasons, Mr. Rodriguez respectfully asks for a 7-day extension that will move his reply-brief deadline from May 15, 2026, to May 22, 2026.

We have conferred with counsel for defendant Coeytaux and they are unopposed this request. A proposed order is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: May 15, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Christopher M. Odell, counsel for the defendant, and he is unopposed to this motion.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I served this document through CM/ECF upon:

Christopher M. Odell
Leah Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
(713) 576-2400 (phone)
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com
leah.schultz@arnoldporter.com

Marc Hearron
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3600 (phone)
(917) 637-3666 (fax)
mhearron@reprorights.org

Jenna Hudson
Center for Reproductive Rights
1600 K Street NW
Washington, DC 20002
(202) 628-0286 (phone)
jhudson@reprorights.org

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
*Counsel for Plaintiff*