United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-225 |
| | § | |
| REMY COEYTAUX, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court are the plaintiff's unopposed motions to file excess pages and to extend reply deadline. Dkts. 37, 38. The motions are granted.

The court accepts the plaintiff's reply in support of the motion for entry of Rule 54(b) judgment. Dkt. 40. The plaintiff's reply in support of the motion for preliminary injunction is due **May 22, 2026**.

Signed on Galveston Island this 18th day of May, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE