UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

**Jerry Rodriguez**,

Plaintiff,

v.

**Remy Coeytaux**,

Defendant.

Case No. 3:25-cv-225

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT**

Plaintiff Jerry Rodriguez respectfully moves for leave to file a second amended complaint. The proposed second amended complaint makes two (and only two) changes.

First, it will add Mr. Rodriguez's daughter, Isabella Irene Rodriguez, as a co-plaintiff with respect to the HB 7 claim. Coeytaux's motion to dismiss argues that Jerry Rodriguez is ineligible to serve as a qui tam relator under section 171A.101(d)(3)(B) of the Texas Health & Safety Code. Adding Isabella Irene Rodriguez as a qui tam relator will allow the HB 7 claim to proceed regardless of whether Jerry Rodriguez's HB 7 claim can overcome Coeytaux's objections under section 171A.101(d)(3)(B).

Second, the amended pleading alleges that Coeytaux has repeatedly mailed abortion pills into Texas in violation of HB 7 after the law took effect on December 4, 2025, and it will seek to recover damages for those statutory violations. Coeytaux's motion to dismiss criticizes Rodriguez's earlier pleading for alleging only that

Coeytaux "intends" to violate HB 7 unless a court enjoins him from doing so. The amended allegations will make clear that Coeytaux already has violated HB 7, allowing the plaintiffs to seek not only injunctive relief but statutory damages as well.

A court should "freely give leave" to amend a complaint "when justice so requires." Fed. R. Civ. P. (a)(2). Leave to amend is appropriate because the plaintiffs only recently became aware of Coeytaux's past violations of HB 7, which they did not know about when filing the first amended complaint on February 1, 2026. Justice also requires allowing Isabella Irene Rodriguez to join her father in pursuing an HB 7 claim against an abortionist who murdered not only her half-sibling but countless other unborn Texans since HB 7 took effect on December 4, 2025, and is trying to escape accountability for his crimes by hiding behind California's shield law.

We have attached both clean and redlined copies of the proposed second amended complaint to this motion. We have conferred with Coeytaux's attorneys and they oppose leave to amend.

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 8, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF WORD COUNT

I certify that this motion contains 333 words.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Christopher M. Odell, counsel for the defendant, and we were unable to agree about the disposition of this motion.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 8, 2026, I served this document through CM/ECF upon:

Christopher M. Odell
Leah Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
(713) 576-2400 (phone)
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com
leah.schultz@arnoldporter.com

Marc Hearron
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3600 (phone)
(917) 637-3666 (fax)
mhearron@reprorights.org

Jenna Hudson
Center for Reproductive Rights
1600 K Street NW
Washington, DC 20002
(202) 628-0286 (phone)
jhudson@reprorights.org

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
*Counsel for Plaintiff*