UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **Jerry Rodriguez**, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**Remy Coeytaux**,<br><br>        Defendant. | Case No. 3:25-cv-225 |

**Motion To Stay Plaintiff's Deadline To Respond To Defendant's Motion To Dismiss Until Court Rules On Motion For Leave To File A Second Amended Complaint**

Plaintiff Jerry Rodriguez's response to Coeytaux's motion is dismiss is due on Monday, June 15, 2026. Yesterday, Mr. Rodriguez filed an opposed for leave to file a second amended complaint. *See* Docket Entry No. 45. Mr. Rodriguez respectfully asks the Court to stay his deadline for responding to Coeytaux's motion to dismiss until after the Court rules on his motion for leave to amend.

The motion for leave to amend, if granted, will moot Coeytaux's motion to dismiss the first amended complaint. It undermines judicial economy and wastes scarce attorney resources to compel Mr. Rodriguez's lawyer to finish and file his response to Coeytaux's pending motion to dismiss while the Court is still considering the motion for leave to file a second amended complaint. Rule 15(a)(2) instructs courts to "freely give leave" to amend "when justice so requires," and Rodriguez's motion is likely to be granted under this generous standard. The Court should therefore stay

Rodriguez's deadline for responding to the motion to dismiss until after the Court rules on the pending motion for leave to amend.

We have conferred with Coeytaux's attorneys and they oppose this motion. A proposed order is attached.

Respectfully submitted.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 9, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Christopher M. Odell, counsel for the defendant, and he opposes this motion.

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on June 9, 2026, I served this document through CM/ECF upon:

CHRISTOPHER M. ODELL
LEAH SCHULTZ
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
(713) 576-2400 (phone)
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com
leah.schultz@arnoldporter.com

MARC HEARRON
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3600 (phone)
(917) 637-3666 (fax)
mhearron@reprorights.org

JENNA HUDSON
Center for Reproductive Rights
1600 K Street NW
Washington, DC 20002
(202) 628-0286 (phone)
jhudson@reprorights.org

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Plaintiff*