United States District Court
Southern District of Texas
**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-225 |
| | § | |
| REMY COEYTAUX, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the court is the plaintiff's opposed motion to stay. Dkt. 46. The court will grant the motion.

The plaintiff's deadline for responding to the defendant's motion to dismiss is hereby stayed until the court rules on the plaintiff's motion for leave to amend his complaint.

Signed on Galveston Island this 9th day of June, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1