# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

**Jerry Rodriguez**,

        Plaintiff,

v.

**Remy Coeytaux**,

        Defendant.

Case No. 3:25-cv-225

## NOTICE OF DISMISSAL

Plaintiff Jerry Rodriguez dismisses his action without prejudice under Rule 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 30, 2026

*Counsel for Plaintiff*

NOTICE OF DISMISSAL

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I served this document through CM/ECF upon:

Christopher M. Odell
Leah Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
(713) 576-2400 (phone)
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com
leah.schultz@arnoldporter.com

Marc Hearron
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3600 (phone)
(917) 637-3666 (fax)
mhearron@reprorights.org

Jenna Hudson
Center for Reproductive Rights
1600 K Street NW
Washington, DC 20002
(202) 628-0286 (phone)
jhudson@reprorights.org

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
*Counsel for Plaintiff*