United States District Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-225 |
| | § | |
| REMY COEYTAUX, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is the plaintiff's notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 49.

It is **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED**. Each party will bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 28th day of August, 2026.

______________________________
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE